IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEREMY SHANE FOGLEMAN, #388440                                            PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:16-cv-112-HSO-JCG

ROY O'DANIELS,
FAMILY AUTO WHOLESALE,
and JOHN DOES I-X                                                        DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENAS

Before the Court is Plaintiff's Motion [6] entitled "Request for Issuance of Subpoenas." Having reviewed the Motion [6] as well as the record, the Court has come to the following conclusions.

Plaintiff's Motion [6] requesting that the Court enter an order issuing Subpoenas is denied without prejudice. The Court is reviewing the instant civil action as required by 28 U.S.C. § 1915. Plaintiff's Motion [6] therefore is premature. Accordingly, it is hereby,

ORDERED that Plaintiff's Motion [6] is **denied** without prejudice.

THIS, the 13th day of April, 2016.

                                           *s/ John C. Gargiulo*
                                           UNITED STATES MAGISTRATE JUDGE