IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEREMY SHANE FOGLEMAN** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:16cv112-HSO-JCG |
| | § | |
| **ROY O'DANIELS,** *et al.* | § | **DEFENDANTS** |

### FINAL JUDGMENT

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of May, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE